STEWART ET AL. *v.* INDUSTRIAL COMMISSION
OF ILLINOIS ET AL.

No. 1034.   Decided April 17, 1967.

*Bernard Kleiman, Gilbert A. Cornfield, Gilbert Feldman, Jason Gesmer* and *Alton Sharpe* for appellants.

*Harlan L. Hackbert* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.

Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

DACEY ET AL. *v.* GRIEVANCE COMMITTEE OF
THE BAR OF FAIRFIELD COUNTY.

No. 1049.   Decided April 17, 1967.

*George A. Saden* for appellants.

*David Goldstein* and *Jacob D. Zeldes* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.